626 A.2d 528

COMMONWEALTH of Pennsylvania, Appellee,

v.

Chiaker LOR, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1992.

Decided May 28, 1993.

John W. Packel, Chief, Appeals Div., Helen A. Marino, David Zuckerman, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Michael Erlich, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., notes his dissent, and would reach the merits of the case.